1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Tracking of:<br><br>GPS Tracking Warrant on Cellular<br>Telephone Number 725-444-0076 | Case No.: 2:18-mj-00901-NJK<br><br>**ORDER** |

15    On November 2, 2018, the undersigned issued a tracking warrant in this matter. To date,
16  the Government has not provided a return. Accordingly, no later than July 23, 2019, the
17  Government is hereby **ORDERED** to provide to the chambers of the undersigned a return with
18  the required information.

19    The Clerk's Office is **INSTRUCTED** to deliver a copy of this order to the United States
20  Attorney's Office. It appears that the assigned Assistant United States Attorney is Kevin Schiff.

21    IT IS SO ORDERED.

22    Dated: July 8, 2019

23  _____
    Nancy J. Koppe
24  United States Magistrate Judge

25
26
27
28

1